# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

STEVEN ALEX MCQUAY                                                                                          PLAINTIFF

v.                                          3:16CV00078-BSM-JJV

MATTHEW HALL, Jail Administrator,
Craighead County Detention Center; *et al.*                                              DEFENDANTS

## ORDER

Based on review of Plaintiff's Complaint (Doc. No. 1), the Court concludes service is appropriate for Defendant Ballard.[1] The Clerk shall prepare Summons for this Defendant and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 1), and this Order on him without prepayment of fees and costs or security therefore. Service for Defendant Ballard should be through the Craighead County Detention Facility, 901 Willet Road, Jonesboro, AR 72401.

DATED this 24th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has not provided a full name for this Defendant and, if service is reviewed for lack of identifying information, he shall be required to provide such information before service is re-attempted.