**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN ALEX McQUAY**                                                                    **PLAINTIFF**

**v.**                    **CASE NO. 3:16CV00078-BSM**

**MATTHEW HALL, Jail Administrator,**
**Craighead County Detention Center; et al.**                              **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant Matthew Hall is dismissed without prejudice.

IT IS SO ORDERED this 28th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE