# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

STEVEN ALEX MCQUAY                                                                    PLAINTIFF

v.                                        3:16CV00078-BSM-JJV

MATTHEW HALL, Head Administrator,
Craighead County Detention Center; *et al.*                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge

Brian S. Miller.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.

If the objection is to a factual finding, specifically identify that finding and the evidence that

supports your objection.  An original and one copy of your objections must be received in the

office of the United States District Court Clerk no later than fourteen (14) days from the date

of the findings and recommendations.  The copy will be furnished to the opposing party.

Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different,

or additional evidence, and to have a hearing for this purpose before either the District Judge

or Magistrate Judge, you must, at the time you file your written objections, include the

following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a  hearing is

granted) was not offered at  the hearing before the Magistrate Judge.

      3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

      From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

      Plaintiff, Steven Alex McQuay, filed this action on March 7, 2016.  (Doc. No. 1.) Mail sent by the Court to Plaintiff on September 7, 2016, has been returned as undeliverable. On September 26, 2016, I warned Plaintiff that his failure to comply with Local Rule 5.5(c)(2) within thirty days would result in a recommendation for dismissal of his case.[1] (Doc. No. 22.)  Plaintiff was previously advised of this rule in an Order dated March 8, 2016.

---

[1]Local Rule of the Court 5.5(c)(2), states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

2

(Doc. No. 2.)

More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to that Order. He was warned that such failure would result in a recommendation that his Complaint be dismissed without prejudice pursuant to Local Rule 5.5 (c)(2). (*Id*.)

IT IS, THEREFORE, RECOMMENDED THAT Plaintiff's Complaint be DISMISSED without prejudice for his failure to respond to the Court's Order.

Dated this 26th day of October, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE