**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN ALEX McQUAY**                                                                     **PLAINTIFF**

v.                              **CASE NO. 3:16CV00078-BSM**

**MATTHEW HALL, Jail Administrator,**
**Craighead County Detention Center; et al.**                                  **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 24] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Steven McQuay's complaint [Doc. No. 1] is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of November 2016.

_____
UNITED STATES DISTRICT JUDGE