IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN ALEX McQUAY**                                                     **PLAINTIFF**

**v.**                 **CASE NO. 3:16CV00078-BSM**

**MATTHEW HALL, Jail Administrator,**
**Craighead County Detention Center; et al.**                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 23rd day of November 2016.

_____
UNITED STATES DISTRICT JUDGE